### VALLEY CITIZENS FOR A SAFE ENVIRONMENT, Plaintiff,

v.

### Edward C. ALDRIDGE, as he is Secretary of the Air Force, James F. Boatright, as he is Deputy Assistant Secretary of the Air Force, Brigadier General Frederick Walker, as he is Commander of the 439th Tactical Airlift Wing at Westover Air Force Base, Lieutenant Colonel Thomas Hargis, as he is Base Commander of Westover Air Force Base, in Charge of Implementing the Environmental Impact Statement, Defendants.

### Civ. A. No. 88–0133–F.

United States District Court,
D. Massachusetts.

Sept. 29, 1988.

Cristobal Bonifaz, Conway, Mass., for plaintiff.

Pauline H. Milius, Land and Natural Resources Div., Dept. of Justice, Washington, D.C., for defendants.

## ORDER

FREEDMAN, Chief Judge.

Plaintiff has filed a motion for a preliminary injunction requesting relief that is substantially the same as that requested in the motion for a preliminary injunction ruled on in *Valley Citizens For A Safe Environment v. Aldridge,* 695 F.Supp. 605 (D.Mass.1988). In the present action, Civil Action No. 88–0133–F, plaintiff requests this Court to enjoin defendants during the pendency of this action, "from keeping at Westover Air Force Base more that [sic] C–5A airplanes which include; [sic] one plane flying sorties twice a week of two to three hour duration per sortie, two planes for maintenance training and one place for parts." Having rendered a decision in the previous matter, Civil Action No. 87–0130–F, upholding the adequacy of the FEIS, the Court sees no basis for setting greater limits on C–5A location or operation than those set forth in the Air Force's decision.

Accordingly, plaintiff's motion for a preliminary injunction in this present action is DENIED.

It is So Ordered.